# EXHIBIT A

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | 1:21-cr-00693-TFH |
| | : | |
| MARK KULAS, JR. | : | VIOLATION: |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | : | (Parading, Demonstrating, or Picketing in a Capitol Building) |
| | : | |

### DECLARATION OF RACHEL M. CANNON
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Rachel M. Cannon, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am an attorney with Steptoe & Johnson LLP, and counsel for Defendant Mark Kulas, Jr.  My office address is 227 West Monroe Street, Suite 4700, Chicago, IL 60606. My business telephone number is (312) 577-1270.

3. I am a member in good standing of the Bar of the state of Illinois. My bar identification number is 6257028.

4. I am admitted to the following courts:

   - Illinois
   - U.S. Court of Appeals, Eleventh Circuit
   - U.S. Court of Appeals, Seventh Circuit

- U.S. District Court, Northern District of Illinois
- U.S. District Court, Northern District of Illinois, Trial Bar

5. I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

6. I have been admitted *pro hac vice* by this Court on August 24, 2021 in *USA v. Christian Kulas*, 1:21-CR-00397-TFH.

7. I reside and practice law from an office outside this district.  I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

8. The name, address, and telephone number of the sponsoring attorney of record is: Brian Heberlig (D.C. Bar No. 455381.)

>Steptoe & Johnson LLP
>1330 Connecticut, NW
>Washington, D.C. 20036
>(202) 429-8134
>bheberlig@steptoe.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of November, 2021, at Chicago, Illinois.

Respectfully submitted,

By: s/ Rachel M. Cannon
Rachel M. Cannon
Steptoe & Johnson LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Tel: (312) 577-1270
Fax: (312) 577-1370
rcannon@steptoe.com

Attorney for Defendant Mark Kulas, Jr.

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Rachel Marie Cannon

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/1998 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 18th day of August, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois