NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                              Criminal Number

(Defendant)

TO:     ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA          ☐ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*Rachel Cannon*

*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

*(Attorney & Bar ID Number)*

*(Firm Name)*

*(Street Address)*

*(City)        (State)        (Zip)*

*(Telephone Number)*