# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | 1:21-cr-00693-TFH |
| | : | |
| MARK KULAS, JR. | : | VIOLATION: |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | : | (Parading, Demonstrating, or Picketing in a Capitol Building) |

## NOTICE OF WAIVER OF CONFLICT OF INTEREST AND JOINT REPRESENTATION AGREEMENT

Please TAKE A NOTICE that Defendant Mark Kulas, Jr., respectfully submits this Notice of Waiver of Conflict and Joint Representation Agreement related to the above captioned matter and matter no. 1: 21-cr-00397-TFH *(United States v. Christian Kulas)*. The executed waiver and joint representation agreement is attached as Exhibit A.

Date: December 9, 2021

Respectfully submitted,

By: s/ Rachel M. Cannon
Rachel M. Cannon
(IL Bar No. 6257028)
STEPTOE & JOHNSON LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Tel: (312) 577-1270
Fax: (312) 577-1370
rcannon@steptoe.com

Attorney for Defendant Mark Kulas, Jr.

By:    s/ Brian M. Heberlig
Brian M. Heberlig
(D.C. Bar No. 455381)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
bheberlig@steptoe.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing **NOTICE OF WAIVER OF CONFLICT OF INTEREST AND JOINT REPRESENTATION** was served upon counsel of record automatically via CM/ECF this 9th day of December 2021.

        s/ Rachel M. Cannon
        Rachel M. Cannon
        Steptoe & Johnson LLP