# EXHIBIT I



**whogivesashirt** @whogivesashirt · Jan 14, 2021
Replying to @jkade
With a mom named "**Yoanna Kulas**". Wonder if his Czech grandparents were Nazi collaborators? Is he keeping up the family tradition?

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                        CKULAS0001241



**Ernest Wilson · 8mo ago**

American people should show up to his mommy's house with a gallow and raid mommas house. Maybe sell there house to pay for damages to the Whitehouse.

👍 15   👎   💬 1

**1 REPLY**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER   CKULAS0001242

12/9/21, 7:11 AM

Kulas Maids Mail - Make Sure They Take Plenty of Lube

# M Gmail

Kulas Maids

## Make Sure They Take Plenty of Lube
1 message

Bruce Pietka <bruce1002003@yahoo.com>  Thu, Dec 9, 2021 at 12:50 AM
To:

RE: Illinois brothers plead guilty to charges in US Capitol attack on Jan. 6 (yahoo.com)

Illinois brothers plead guilty to charg...

And what does this say about the failed parents who raised these punk traitors?

Hope they're both sentenced to time in the slammer - and get their assholes stretched to the limit while they're there.

https://mail.google.com/mail/u/0/?ik=08ae0f585d&view=pt&search=all&permthid=thread-f%3A1718650311218271937&simpl=msg-f%3A1718650311... 1/1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                                          CKULAS0001392

