# EXHIBIT J



## Polowanie na polonijnego "powstańca"

uprzywilejowanym i roszczeniowym życiu. Ujawnijmy ich wszystkich! To terroryści".

Wpis podpisała niejaka Jennifer Tuner. Ten idiotyczny tekst warto przytoczyć, bo reprezentuje opinie sporej części obserwatorów tych zdarzeń. Z podobnych komentarzy **przebija etniczna zawiść** - jak rodzina polskich imigrantów, która ciężką pracą *"na sprzątaniu"* dorobiła się okazałego majątku

mieszka w ekskluzywnej dzielnicy nad Jeziorem Michigan, w domu za 4.5 mln dolarów, może mieć takiego *"zdeprawowanego"* syna, który pewnie w basemencie powinien studiować dzieła Demokraty Joe Bidena?

Zarzuty pod adresem Polaka to *misdemeanors*. A więc wykroczenia, a nie przestępstwa. I kara za nieuprawnione wkroczenie na teren federalny (*Capitol*), teoretycznie wynosi od 3 miesięcy więzienia i 100 dolarów grzywny, do 6 miesięcy więzienia i 500 dolarów grzywny. Łącznie - Polakowi grozi więc teoretycznie odsiadka do roku. Ale najprawdopodobniejszy wyrok to kara więzienia w zawieszeniu i grzywna. Chodzi bowiem o *"zbrodnię"* o znacznie mniejszym ciężarze gatunkowym, niż… złapanie kierowcy przez policję za jazdę samochodem, bez prawa jazdy (do 364 dni więzienia!).

Dlaczego więc **z tej sprawy zrobiono narodową aferę** w której, w całych Stanach, z podobnych oskarżeń aresztowano już ponad 465 osób, a z tego - 9 w Illinois (z Kulasem włącznie)?

Chodzi oczywiście o politykę i starania Demokratów w utrzymaniu się u władzy za wszelką cenę. Przykładem - propozycja Demokratów, by tych parlamentarzystów Republikańskich, którzy głosowali przeciwko *impeachmentowi* Donalda Trumpa, oskarżyć o… podburzanie do rozruchów i o zdradę stanu.

Wniosek o aresztowanie Kulasa został przyjęty w federalnym sądzie federalnym w Waszyngtonie, gdzie rzekomo doszło do naruszenia prawa. I tam będzie procedowana sprawa. Na pierwszej rozprawie, Kulas pojawił się jednak w sądzie chicagowskim. I jeszcze w dniu aresztowania, wziął udział w elektronicznym przesłuchaniu przed obliczem sędziego magistrackiego Gabriela Fuentesa. Sędzia - ze względu na niewielką szkodliwość zarzucanego czynu - **zarządził, bez kaucji pieniężnej, w ramach własnego poręczenia, zwolnienie Christiana** oddanego pod opiekę jego matki. Która zgodziła się zaopiekować synem.

-Tak, zrozumiałem, że we wszystkim muszę słuchać mojej mamy, wysoki sądzie! - zapewnił Christian. Wobec oskarżonego zarządzono ponadto:
*oddanie paszportu
*zakaz opuszczania północnego Illinois
*oddanie próbki genetycznej DNA dla celów śledczych
*nakaz mieszkania w rodzinnym domu.

Tego samego poranka, kiedy dokonano aresztowania, przeszukano również dom Kulasów. Przejęto do depozytu dwie sztuki broni palnej, będącej w legalnym posiadaniu ojca Christiana.

W akcie oskarżenia, podpisanym przez agenta FBI, znalazło się
**kilka opisów zdjęć i fragmentów filmów**

z medium społecznościowego *Instagram*, pokazujących zdarzenie z 6 stycznia.

*pierwszy fragment ukazuje wyrywek filmu z 6 stycznia, kiedy to prezydent Donald Trump *"nakazuje"* lojalnym zwolennikom *"marsz na Capitol"*, co - zdaniem śledczych - mogło stanowić zachętę do *"szturmu"*. Taka jest zresztą logiczna linia obrony aresztowanych i oskarżonych demonstrantów. W tym - Kulasa, który ma szanse uniknięcia odpowiedzialności karnej stwierdzając, że *"dał się zmanipulować"*.

*drugi fragment, dołączony do aktu oskarżenia, przedstawia wielki tłum, maszerujący na Capitol i krzyczący *„Block the steal!"* (*„Uniemożliwić kradzież!"*). Chodzi o kradzież prezydentury przez Joe Bidena. Przypomnijmy: właśnie 6 stycznia, Izba Reprezentantów i Senat na Capitolu miały oficjalnie przyjąć stanowe głosy elektorskie, wskazujące już na wygraną Bidena. A demonstrujący **chcieli skłonić parlamentarzystów do nie-uznawania wyników wyborów prezydenckich** uważanych za sfałszowane przez zwolenników urzędującego prezydenta.

*trzeci fragment ukazywał demon-



stantów, przeskakujących przez zewnętrzny mur *Capitolu*. A czwarty - ujęcie kamery z telefonu komórkowego, zataczającej krąg, by zatrzymać się na twarzy kamerzysty.

-Osobnik na tym wizerunku śmieje - napisał agent FBI – Jak Schaefer, opisując ten fragment sam agent podpisał akt oskarżeni

I tą osobą miał być właśnie Ku

Właśnie na piątym ujęciu, Pola mówić: *„Storming the Capitol"*.

Z pozostałych ujęć - zdaniem kuratury - ma wynikać, że Chri znalazł się także wewnątrz *Cap* co byłoby poważnym narusze

prawa, w porównaniu ze znal niem się jedynie na terenie zewn nego kompleksu parlamentar Ale - co ciekawe - nie ma w mat łach oskarżycielskich, jednozn nych na to dowodów. Mamy w czynienia z manipulacj

Ujęcia z *Instagrama* z ły
**przekazane FBI pr pewną osobę**
która dodała, iż jed kolegów szkolnych K miała rozpoznać go n zerunkach. Kolega ten, tym *„był mocno przeko że osobnik na filmach t las"*. A więc mamy tu *„ dy"*, typu *„anonimowy siciel usłyszał potwierd od kolegi człowieka, kt może być Kulasem"*.

Jako dowód podan odpowiedź *„tak"*, udzielić miała matka stiana, zapytana w me społecznościowych o t zaprezentowane jedn zdjęć przedstawia jej s

Matką Christiana Yoanna Kulas (52) - ni Joanna Gapińska: *Miss nia z 1988 i Wicemiss verse z 1989. Pochod Szczecina. I w USA p wa od 30 lat. Wraz z m Markiem prowadzi d prosperujący biznes sprzątają *„Kulas Maids"*.

**Andrzej Wąs**